

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel

**BRANDON WEISMAN**
Assistant Corporation Counsel
Labor & Employment Law Division
(212) 356-2286
bweisman@law.nyc.gov

September 24, 2024

**BY ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Nancy Farrell v. The City of New York, et al.</u>
     1:24-cv-04322 (TAM)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent Defendant City of New York in the above-captioned action. Pursuant to Your Honor's July 30, 2024 Order, I respectfully submit this letter declaring that Defendants intend to file a Motion to Dismiss the Complaint under Rule 12(b) and respectfully request that a District Judge be assigned to this matter.

              Respectfully submitted,

              Brandon Weisman
              Assistant Corporation Counsel

cc: Plaintiff's counsel (via ECF)