UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NANCY FARRELL

                                                 Plaintiff,                24 cv 4322

      -against-

THE CITY OF NEW YORK; ANTHONY MANISCALCO, as
Department Surgeon, Medical Division; SAILA DE TORE, as
Department Surgeon, Medical Division; JAMES SULLIVAN, as
Department Surgeon, Medical Division; KIMBERLY L. MOTTO,
as Lieutenant, Candidate Assessment Division; GREGORY
MACKIE, as Commanding Officer, Transit District No.: 33, and
JULIO MEYRELES, as Lieutenant, Transit District No.: 33, JOSUE
CARVAJAL, as Sergeant, Office of Equity and Inclusion, and
CHRISTOPHER P. BORIA, as Sergeant, Office of Equity and
Inclusion, each sued in their official and individual capacities as
employees of the CITY OF NEW YORK

                                                 Defendants'
------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff NANCY FARRELL, through his undersigned counsel, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, now voluntarily dismisses this action without prejudice. No defendant has filed an answer or a motion for summary judgment in this matter.

Dated: October 10, 2024
New York, N.Y.

                Respectfully submitted,

                By:      \_\_\_\_\_s/Eric Sanders\_\_\_\_\_

                Eric Sanders, Esq.
                **THE SANDERS FIRM, P.C.**
                30 Wall Street, 8th Floor
                New York, NY 10005
                (212) 652-2782 (Business Telephone)
                (212) 652-2783 (Facsimile)
                Website: http://www.thesandersfirmpc.com